SaraEllen Hutchison (WSBA # 36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
2367 Tacoma Avenue South
Tacoma, WA 98402
Telephone:    206-529-5195
Facsimile:     253-302-8486
Email: saraellen@saraellenhutchison.com

*Attorney for Plaintiff*

THE HONORABLE JUDGE CARTWRIGHT

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| EDWIN KUSTER AND EVANGEL KUSTER,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>IQ DATA INTERNATIONAL, INC., et al,<br><br>　　　　　　Defendants. | NO.   3:23-cv-06005-TMC<br><br>**ORDER GRANTING LEAVE TO AMEND COMPLAINT AND JOIN ADDITIONAL DEFENDANT** |

**ORDER**

BEFORE THE COURT is Plaintiffs' Motion for Leave to Amend Complaint and Join Additional Defendant.

THIS COURT, having considered the pleadings filed by the parties and finding itself fully advised of the facts and laws as they apply to this matter, and finding good cause to grant the motion, grants Plaintiffs leave to file their First Amended and Supplemental Complaint and join JRK RESIDENTIAL GROUP, INC. as a Defendant.

IT IS ORDERED, ADJUDGED AND DECREED THAT:

ORDER
3:23-cv-6005-TMC

1

Law Office of SaraEllen Hutchison, PLLC
2367 Tacoma Avenue South | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

1. Plaintiffs shall file the clean version of their First Amended and Supplemental Complaint (Exhibit A) within 5 days of this Order;

2. JRK RESIDENTIAL GROUP, INC. is joined as a Defendant;

3. The case caption is amended to include JRK RESIDENTIAL GROUP, INC. as a Defendant.

**ENTERED** this 28th day of June, 2024

Tiffany M. Cartwright
United States District Judge

Presented by:

June 28, 2024

S//SaraEllen Hutchison
SaraEllen Hutchison (WSBA #36137)
Law Office of SaraEllen Hutchison, PLLC
2367 Tacoma Avenue South
Tacoma, WA 98402
Telephone: (206) 529-5195
Facsimile: (253) 302-8486
E-mail: saraellen@saraellenhutchison.com

*Attorney for Plaintiff*

ORDER
3:23-cv-6005-TMC

2

Law Office of SaraEllen Hutchison, PLLC
2367 Tacoma Avenue South | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com