UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EDWIN & EVANGEL KUSTER,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>I.Q. DATA INTERNATIONAL, INC., a Washington corporation; and JRK RESIDENTIAL GROUP INC.,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:23-cv-6005-TMC<br><br>ORDER FOR ENTRY OF LIMITED JUDGMENT OF DISMISSAL |

　　　　Based upon the stipulation, Dkt. 37, it is hereby:

　　　　ADJUDGED that all of Plaintiffs' claims against Defendant IQ Data are dismissed with prejudice and without attorneys' fees or costs to either Plaintiffs or IQ Data.

　　　　Dated this 18th day of February, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　Tiffany M. Cartwright
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER FOR ENTRY OF LIMITED JUDGMENT OF
DISMISSAL - 1