UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EDWIN & EVANGEL KUSTER,<br><br>                  Plaintiffs,<br><br>    v.<br><br>I.Q. DATA INTERNATIONAL, INC., a Washington corporation; and JRK RESIDENTIAL GROUP INC.,<br><br>                  Defendants. | Case No. 3:23-cv-6005-TMC<br><br>STIPULATION AND ORDER OF DISMISSAL |

Based upon the stipulation, Dkt. 39, it is hereby:

ADJUDGED that all of Plaintiffs' claims against Defendant JRK are dismissed with prejudice and without attorneys' fees or costs to any party. The Clerk is directed to close this case.

DATED this 27th day of February, 2025

_____
Tiffany M. Cartwright
United States District Judge

ORDER OF DISMISSAL - 1